# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TROY WAYNE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:14-01503 |
| ) | Judge Sharp |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket No. 16) that recommends the Commissioner's unopposed Motion to Dismiss (Docket No. 13) be granted because Plaintiff did not file his Complaint within the time period prescribed by 42 U.S.C. § 405(g) and 20 C.F.R. § 422.210. Despite being informed of the opportunity to file objections, Plaintiff filed none.

Having undertaken *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The R & R (Docket No. 16) is hereby ACCEPTED and APPROVED;

(2) Defendant's Motion to Dismiss (Docket No. 13) is hereby GRANTED; and

(3) The Clerk of the Court shall enter final judgment in favor of Defendant in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE